UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20 CR 892 |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM TRACY | ) | Hon. Edmund E. Chang |

## **JOINT STATUS REPORT**

Defendant Adam Tracy has been charged in an information with 15 counts of failure to pay over taxes, in violation of 26 U.S.C. § 7202.

Mr. Tracy has pleaded not guilty to the charges and he is free on bond. The government has provided a full set of discovery, including Rule 16 and Jencks Act materials. The defense has reviewed the discovery and does not intend to file any pretrial motions. The parties still anticipate a plea agreement; but in order to complete plea discussions, the parties would like to address with the Court the agreed motion the parties filed under seal on April 19, 2021 (Doc. No. 18). The parties do not otherwise believe that a status hearing is necessary in the next 60 days, but can file another joint status report in 60 days; although if the defendant is ready to change his plea prior to that time, the parties will inform the Court that a change of plea hearing may be scheduled.

The government requests that time be excluded for the next 60 days under the Speedy Trial Act in the interest of justice for the parties to negotiate the terms of a plea agreement. Defendant has no objection to the exclusion of time.

Counsel for the government submitted this Joint Status Report to counsel for defendant, who approved it in form and substance, before filing it.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   /s/ *Matthew M. Getter*
       MATTHEW M. GETTER
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 886-7651

Dated: April 22, 2021