**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:20–cr–00892
Honorable Edmond E. Chang

Adam Tracy

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 20, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Adam Tracy: Telephone status hearing held with counsel for the parties. The Defendant's appearance was waived. Counsel for the government reported they have completed a review of documents that were provided to the investigation team from the screen team. One interview is scheduled, with potential follow ups. To give the parties an opportunity to confer and conduct the necessary interviews, Telephone status hearing set for 09/25/2023 at 9:00 a.m. The Defendant's appearance is waived for the 09/25/2023 status hearing. If the Defendant wishes to participate in the hearing and would like to appear via teleconference, then defense counsel shall provide the login instruction to the Defendant. Members of the public and media will be able to call–in to listen to this hearing. The call–in number is (650) 479–3207 and the access code 180 384 7218##. Counsel of record will receive an email before the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B) in the interest of justice and without objection, time is excluded under the Speedy Trial Act to serve the ends of justice from 07/20/2023 through 09/25/2023 for ongoing document review and follow–up investigations. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.