# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                        Case No.: 1:20–cr–00892
                                        Honorable Edmond E. Chang

Adam Tracy

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2024:

      MINUTE entry before the Honorable Edmond E. Chang as to Adam Tracy: On review of the status report, R. 63, the government has tendered a draft plea agreement and the parties anticipate being ready to ask for a change of plea in around 45 days. The tracking status hearing of 04/26/2024 is reset to 06/14/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall contact the courtroom deputy by 06/07/2024 to arrange a change of plea date or else to file a status report. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B) in the interest of justice, time is excluded under the Speedy Trial Act to serve the ends of justice from 04/26/2024 through 06/14/2024 for for plea negotiations. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.