# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADAM TRACY, <br><br> Defendant. | Case No. 20 CR 892 <br> Judge Edmond E. Chang |

## ORDER

(1.) Change of plea hearing held. The Defendant is on pretrial release and appeared in court with the assistance of counsel. Based on a plea agreement, Defendant Adam Tracy entered a plea of guilty to Count 9 of the indictment. The Court found that the Defendant is competent, has had the assistance of counsel, understands the charges and the potential penalties, knows his trial rights, and is entering the plea voluntarily. There is a factual basis for the plea. The Court accepted the Defendant's plea of guilty to Count 9. (2.) For the reasons stated on the record the sentencing in this matter will be set at a later date. (3.) The parties are directed to file a written status report on 03/07/2025. (4.) To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 03/14/2025 at 8:30 a.m. (again, to track the case only, no appearance is required). (5). Pursuant to 18 U.S.C. 3161(h)(1)(D) and (h)(7)(A), (B), time is excluded for the remaining counts under the Speedy Trial Act from 11/08/2024 through 03/14/2025.

(00:35)

Date: 11/8/2024

                    s/Edmond E. Chang
                    United States District Judge
                    Edmond E. Chang