# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                               Case No.: 1:20–cr–00892

                                                          Honorable Edmond E. Chang

Adam Tracy

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2025:

    MINUTE entry before the Honorable Edmond E. Chang as to Adam Tracy: On review of the status report, R. 75, the tracking status of 03/14/2025 is reset to 06/27/2025 at 8:30 a.m. (to track the case only, no appearance is required). Instead, the parties shall file a status progress report by 06/20/2025. Pursuant to 18 U.S.C. 3161(h)(1)(D) and (h)(7)(A), (B), time is excluded for the remaining counts under the Speedy Trial Act from 03/14/2025 through 06/27/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.