**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                       Case No.: 1:20–cr–00892
                                       Honorable Edmond E. Chang

Adam Tracy

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2025:

      MINUTE entry before the Honorable Edmond E. Chang as to Adam Tracy: On review of the status report, R. 77, the tracking status of 06/27/2025 is reset to 10/10/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report by 10/03/2025. ****The Court warns that at some point the case must move forward rather than wait possibly additional years for charges to be brought and cooperation to end. At the least, the Court will require more detailed status reports on the progress of the cooperation, filed under seal and ex parte if needed.**** Pursuant to 18 U.S.C. 3161(h)(1)(D) and (h)(7)(A), (B), time is excluded for the remaining counts under the Speedy Trial Act from 06/27/2025 through 10/10/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.