# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 1:20–cr–00892

                                                                                             Honorable Edmond E. Chang

Adam Tracy

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2025:

      MINUTE entry before the Honorable Edmond E. Chang as to Adam Tracy: On review of the status report, R. 79, the tracking status of 10/10/2025 is vacated. A video status hearing with counsel only is set for 10/20/2025 at 10:00 a.m. Under 18 U.S.C. 3161(h)(7)(A), (B), time is excluded under the Speedy Trial Act from 10/10/2025 through 10/20/2025. The Court finds that the ends of justice that are served by the continuance outweigh the public's and the Defendant's interests in a speedy trial, in the interests of justice given the content of the status report. Members of the public and media will be able to call in to listen to the hearing. The call–in number is (650) 479–3207 and the access code is 2311 776 1165##. Counsel of record will receive an email before the start of the hearing with instructions to log into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.